**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION**

| | |
|---|---|
| **ARBUDA ENTERPRISES, INC. D/B/A SAFARI INN,** § § § | |
| *Plaintiffs,* § | |
| § | |
| **v.** § | **CIVIL ACTION NO. 2:19CV97** |
| § § | |
| **SENECA SPECIALTY INSURANCE COMPANY,** § § | |
| *Defendant* § | |

## JOINT NOTICE OF SETTLEMENT

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Plaintiff Arbuda Enterprises, Inc. d/b/a Safari Inn and Defendant Seneca Specialty Insurance Company file this Joint Notice of Settlement to advise the Court that the parties have reached a settlement in this matter. The parties require thirty (30) days to prepare and finalize the closing documents. Accordingly, the parties request that the Court continue the Pre-Trial Conference scheduled for June 8, 2020 and that the case be removed from the Court's trial docket.

Respectfully submitted,

**THE HODGE LAW FIRM**

*/s/ Shaun W. Hodge\**
Shaun W. Hodge
HODGE LAW FIRM, PLLC
State Bar No. 24052995
Old Galveston Square
2211 The Strand, Suite 302
Galveston, Texas 77550

\*       Signed by Permission

Telephone: (409) 762-5000
Facsimile: (409) 763-2300
Email: shodge@hodgefirm.com

**ATTORNEY FOR PLAINTIFF**

and

**THOMPSON, COE, COUSINS & IRONS, L.L.P.**

By: */s/ Christopher H. Avery*
JAMES N. ISBELL
Texas State Bar No. 10431900
jisbell@thompsoncoe.com
CHRISTOPHER H. AVERY
Texas State Bar No. 24069321
cavery@thompsoncoe.com

**ATTORNEYS FOR DEFENDANT**