United States District Court
Southern District of Texas
**ENTERED**
July 06, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| ARBUDA ENTERPRISES, INC.; dba SAFARI INN, | § § § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 2:19-CV-97 |
| | § | |
| SENECA SPECIALTY INSURANCE COMPANY, | § § § | |
| Defendant. | § § | |

## **ORDER**

Before the Court is the Stipulation of Dismissal filed and signed by all parties and which the Court hereby deems effective. (D.E. 27); *see* FED. R. CIV. P. 41(a)(1)(A)(ii). Accordingly, the Clerk of Court is **DIRECTED** to **CLOSE** the case. The parties shall be responsible for their own costs incurred in connection with this matter.

SIGNED and ORDERED this 6th day of July 2020.

DAVID S. MORALES
UNITED STATES DISTRICT JUDGE